UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
CLAUDIA COJOCARU and NAOMI HABER,

                            Plaintiffs,

      -against-

CITY UNIVERSITY OF NEW YORK d/b/a JOHN
JAY COLLEGE OF CRIMINAL JUSTICE, et al.,

                            Defendants.
---------------------------------------------------------------- x

**ORDER**

19 Civ. 5428 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The Court is in receipt of counsels' letters dated February 14, 2020 and February 19, 2020. *See* ECF Nos. 63, 64, 65. I refer the parties to my Individual Rule 2.E:

> Unless otherwise directed, counsel shall describe their disputes in a single letter, jointly composed. Separate and successive letters will be returned, unread. . . . The Court will not resolve disputes not brought to its attention in conformity with this rule.

The parties are hereby ordered to submit a joint letter concerning their positions on the requested extensions by February 20, 2020 at 10:00 a.m.

      SO ORDERED.

Dated:    February 19, 2020
             New York, New York

                                                      ALVIN K. HELLERSTEIN
                                                      United States District Judge

1