UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
CLAUDIA COJOCARU and NAOMI HABER,

                                 Plaintiffs,

            -against-

CITY UNIVERSITY OF NEW YORK d/b/a JOHN
JAY COLLEGE OF CRIMINAL JUSTICE, et al.,

                                Defendants.
------------------------------------------------------------- x

**ORDER**

19 Civ. 5428 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

This order addresses the parties' joint letter dated February 19, 2020 (ECF No. 67). In view of the numerous previous extensions and the time (8 months) that has elapsed since the case was filed, the Court rules as follows:

1. All motions for extensions are denied.

2. All answers, amended answers, replies to counterclaims, and third-party complaints must be filed by March 6, 2020.

3. A status conference will be held on March 13, 2020, at 10:00 a.m. to reset discovery deadlines and resolve any disputes.

SO ORDERED.

Dated:    February 20, 2020
            New York, New York

ALVIN K. HELLERSTEIN
United States District Judge

1