# Exhibit 8

FILE REDACTED IN ITS ENTIRETY
PENDING COURT'S PERMISSION TO
FILE UNDER SEAL