# ALVIN K. HELLERSTEIN
# UNITED STATES DISTRICT JUDGE
# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
# 500 PEARL STREET
# NEW YORK, NY 10007-1581
# (212) 805-0152

**TO:** Concerned Parties

**FROM: Brigitte Jones, Courtroom Deputy**      **Date: 3/24/2020**
     **by Order of Judge Alvin K. Hellerstein**

**Claudia Cojocaru and Naomi Haber v. City University of New York dba John Jay College of Criminal Justice, et al. – 19 Civ. 5428 (AKH)**

**The status conf previously set for April 3, 2020 is hereby adjourned.**

**You are hereby notified that you are required to appear for a status.**

    **Date : June 26 , 2020**
    **Time: 10:00 am**
    **Place: U.S. Courthouse - Southern District of New York**
        **500 Pearl Street**
        **Courtroom 14D**
        **New York, New York 10007**

    **So Ordered,**

    _____/s/_____

## Alvin K. Hellerstein
**United States District Judge**