UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- x
CLAUDIA COJOCARU and NAOMI HABER,          :
                                           :
                          Plaintiffs,      :     ORDER
                                           :
        -against-                          :     19 Civ. 5428 (AKH)
                                           :
CITY UNIVERSITY OF NEW YORK d/b/a JOHN     :
JAY COLLEGE OF CRIMINAL JUSTICE, et al.,   :
                                           :
                          Defendants.      :
                                           :
------------------------------------------------------------- x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

        In response to the parties' joint letter regarding their proposed confidentiality stipulation, ECF No. 94, I hold that Defendants' proposed language is acceptable, provided they add the clause "without prejudice to positions that may be argued in any other proceeding, for or against use."

        SO ORDERED.

Dated:    June 24, 2020                         /s/ Alvin K. Hellerstein
            New York, New York                ALVIN K. HELLERSTEIN
                                                                 United States District Judge