UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- x
CLAUDIA COJOCARU and NAOMI HABER,           :
                                            :
                        Plaintiffs,         :    ORDER
                                            :
        -against-                           :    19 Civ. 5428 (AKH)
                                            :
CITY UNIVERSITY OF NEW YORK d/b/a JOHN      :
JAY COLLEGE OF CRIMINAL JUSTICE, et al.,    :
                                            :
                        Defendants.         :
                                            :
------------------------------------------------------------- x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

Today, July 24, 2020, I held a status conference in the above-captioned matter. As stated at the conference, the parties' joint letter regarding ESI protocol disputes, ECF No. 103, is resolved as follows:

1. The requests to add Karol Mason and Laura Ginns as ESI custodians are granted. Each shall be subject to ten total search terms selected together by Plaintiffs and Individual Defendants.

2. The requests to add Marjorie Singer, Hilary Klein, Amber Horning, Gabrielle Salfati, and Meredith Dank as custodians are denied without prejudice to renewal later in the discovery process.

3. The request to run search terms related to recreational drugs is denied.

1

2

All document discovery shall be completed by October 31, 2020.  The parties shall appear for a status conference on November 6, 2020, at 10:00 a.m.  At the status conference, the parties should be prepared with a proposed deposition schedule.

    SO ORDERED.

Dated:    July 24, 2020                               /s/ Alvin K. Hellerstein
           New York, New York              ALVIN K. HELLERSTEIN
                                              United States District Judge