# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**David E. Gottlieb**
dgottlieb@wigdorlaw.com

January 27, 2021

**VIA ECF**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007

The extension is granted. The conference, currently scheduled for January 29, 2021, is hereby adjourned until February 12, 2021, at 10am.

So ordered,
/s/
Alvin K. Hellerstein
1/28/21

      Re:     <u>Cojocaru, et al. v. City University of New York, et al.; No. 19-cv-5428 (AKH)</u>

Dear Judge Hellerstein:

We represent Plaintiffs in the above-referenced matter and write jointly with Defendants CUNY, Marcus, Spunt and Dominguez to respectfully request an additional one-week extension, from today through February 3, 2021, to finalize the settlement agreement in this matter. The parties are working cooperatively and diligently to resolve the remaining open items and finalize the documentation for execution and submission. This is the second request for this extension.

We thank the Court for its attention to this matter.

Respectfully submitted,

David E. Gottlieb

cc:     All Counsel of Record (*via* ECF)