# BERANBAUM MENKEN LLP

80 PINE STREET, 33RD FLOOR

NEW YORK, NEW YORK 10005

TELEPHONE: (212) 509-1616

FACSIMILE: (212) 509-8088

WWW.NYEMPLOYEELAW.COM

JOHN A. BERANBAUM∆
BRUCE E. MENKEN
JASON J. ROZGER∆                                                                                                ∆ALSO ADMITTED NJ
SCOTT SIMPSON
BRENNA RABINOWITZ
RAYA SAKSOUK

February 11, 2021

**VIA ECF**
Hon. Alvin K. Hellerstein
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

        Re:    *Cojocaru and Haber v. CUNY, et al.*, Case No. 19-cv-5428 (AKH)

Dear Judge Hellerstein:

       This firm represents the Defendant Anthony Marcus in the above-captioned matter. I write jointly with counsel for Defendants Barry Spunt and Leonardo Dominguez, and with the consent of all other parties.

       The parties have been ordered to appear for a conference tomorrow, February 12, 2021, at 10:00 am. ECF no. 151. However, the claims against Defendants Marcus, Spunt and Dominguez were dismissed on February 9, 2021. ECF no. 150. Therefore, Defendants Marcus, Spunt and Dominguez respectfully request that their counsel be excused from appearing at tomorrow's court conference and all future conferences, as these defendants are no longer parties in this case.

       We thank the Court for its consideration of this request.

       Respectfully yours,

       /s/ Scott Simpson
       Scott Simpson
       Beranbaum Menken LLP
       80 Pine St., 33rd Fl.
       New York, NY 10005
       Tel.: 212-509-1616
       Fax: 212-509-8088