

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

January 13, 2023

**By ECF**

Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

      Re:    *Cojocaru and Haber v. CUNY, et al.*, Case No. 19-cv-5428 (AKH)

Your Honor:

      This Office represents Crossclaim Defendant the City University of New York ("CUNY") and Third Party Defendants Karol Mason, Yi Li, Donald Gray, Gabriela Leal, Bridget Barbera, and Silvia Montalban (collectively the "CUNY Defendants") in the above-referenced action. I write pursuant to the Court's Order, dated September 6, 2022 (ECF No. 207) to provide a status update on the arbitration proceedings involving CUNY and Crossclaim Plaintiff Ric Curtis.

      As we previously informed the Court (ECF Nos. 198, 206), arbitration proceedings were held on November 9 and December 20, 2021; March 7, 9, 29; April 5; May 26; June 3; July 28, September 19; October 7; and November 2, 2022. Additional days are scheduled for January 24, 26, and 31, 2023 for Curtis to conclude putting on his defense, and for any rebuttal by CUNY.

      While a conference is currently scheduled for January 27, given that the Court has stayed the entire action until the arbitration proceedings are complete (ECF Nos. 197, 199, 202), if the Court is inclined to adjourn the conference, the CUNY Defendants can provide a further update on the arbitration proceedings at the Court's direction.

Respectfully submitted,

/s/ *Alissa S. Wright*
Alissa S. Wright
Assistant Attorney General
(212) 416-6035
Alissa.Wright@ag.ny.gov

To:    Counsel of Record (via ECF)