

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

March 24, 2023

**By ECF**

Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

    Re:    *Cojocaru and Haber v. CUNY, et al.*, Case No. 19-cv-5428 (AKH)

Your Honor:

    This Office represents Crossclaim Defendant the City University of New York ("CUNY") and Third Party Defendants Karol Mason, Yi Li, Donald Gray, Gabriela Leal, Bridget Barbera, and Silvia Montalban (collectively the "CUNY Defendants") in the above-referenced action. I write pursuant to the Court's Order, dated January 17, 2023 (ECF No. 209), to provide a status update on the arbitration proceedings involving CUNY and Crossclaim Plaintiff Ric Curtis.

    As we previously informed the Court (ECF Nos. 198, 206, 208), arbitration proceedings were held on November 9 and December 20, 2021; March 7, 9, 29; April 5; May 26; June 3; July 28, September 19; October 7; November 2, 2022; and January 24, 26, and 31, 2023. The proceedings continued on February 3, 2023, and an additional day is scheduled for March 31, 2023.

    While a conference is currently scheduled for April 14, given that the Court has stayed the entire action until the arbitration proceedings are complete (ECF Nos. 197, 199, 202), if the Court is inclined to adjourn the conference, the CUNY Defendants can provide a further update on the arbitration proceedings at the Court's direction.

                                                          Respectfully submitted,

                                                          /s/

                                                      Elyce N. Matthews
                                                      Assistant Attorney General
                                                      (212) 416 – 8910

To:    Counsel of Record (via ECF)

28 Liberty Street, New York, New York 10005 ● Tel.: (212) 416-8610 ● http://www.ag.ny.gov