

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

October 13, 2023

**By ECF**

Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

   Re: *Cojocaru and Haber v. CUNY, et al.*, Case No. 19-cv-5428 (AKH)

Your Honor:

   This Office represents Crossclaim Defendant the City University of New York ("CUNY") and Third Party Defendants Karol Mason, Yi Li, Donald Gray, Gabriela Leal, Bridget Barbera, and Silvia Montalban (collectively the "CUNY Defendants") in the above-referenced action. Per the Court's June 14, 2023 Order (ECF No. 215), I write to provide an update on the arbitration proceedings involving CUNY and Crossclaim Plaintiff Ric Curtis.

   CUNY submitted its post-hearing brief on September 8, 2023. Under the current schedule, the union's response on behalf of Ric Curtis is due November 8, 2023 and CUNY's reply, if any, is due November 22, 2023.

   The CUNY Defendants remain available to provide a further update on the arbitration proceedings at the Court's direction.

                Respectfully submitted,

                 /s/
                Elyce N. Matthews
                Assistant Attorney General
                (212) 416 – 8910

To: Counsel of Record (via ECF)