UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
CLAUDIA COJOCARU, ET AL.,

              Plaintiffs

              -v-

CITY UNIVERSITY OF NEW YORK, ET AL,

              Defendants.
------------------------------------------------------------- x

**ORDER AND OPINION GRANTING LEAVE TO FILE AN AMENDED ANSWER**

19 Civ. 5428 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    The Defendant Ric Curtis's request to file an amended answer with counterclaims is granted. The amended answer must be filed by 9/10/24. Plaintiffs and third-party defendants will have until 10/1/24 to file their responsive pleadings or motions.

    Additionally, the case will be referred to Magistrate Judge Ona T. Wang for all pretrial purposes.

    SO ORDERED.

Dated:  September 4, 2024
           New York, New York

                                         //S//
                                ALVIN K. HELLERSTEIN
                                United States District Judge